IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARCUS FIELDS                                        PLAINTIFF

v.                  Civil No.  11-2189

MEDICAL STAFF, Sebastian
County Sheriff's Office; and
RANDALL REED, Bailiff                             DEFENDANTS

### ORDER

Plaintiff submitted a motion for leave to proceed *in forma pauperis* (IFP) on November 7, 2011 (Doc. 3).  The application is incomplete.  It does not contain the certification regarding his inmate account.  **The Clerk is directed to send the Plaintiff a blank IFP application (prisoner form).**  Plaintiff is given until **February 3, 2012,** return the completed form to the Court or pay the $350 filing fee.  Failure to obey this order will result in the dismissal of the case.

DATED  this 18th day of January 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)