IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARCUS WAYNE FIELDS     PLAINTIFF

v.     Civil No. 11-2189

RANDELL REED, Bailiff, Sebastian
County Sheriff's Office; DR. WILLIAM
HAYES; NURSE CHERYL McMAHAN;
and NURSE ASHLEY TURNER     DEFENDANTS

## ORDER

Defendants seek leave to depose Plaintiff pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure as Plaintiff is an incarcerated person (Doc. 30).  The motion (Doc. 30) is granted.  The District Court Clerk is directed to send a copy of this order to the Deputy Warden, Arkansas Department of Correction, East Arkansas Regional Unit, P.O. Box 180, Brickeys, AR 72320-0180.  The order should be sent to the Deputy Warden by certified mail with return receipt requested.  Plaintiff shall be allowed to have his legal materials relating to this case in his possession during the deposition.

IT IS SO ORDERED this 5th day of July 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE