IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARCUS WAYNE FIELDS                                              PLAINTIFF

v.                         Case No. 11-2189

RANDALL REED, Bailiff, Sebastian
County Sheriff's Office; DR. WILLIAM
HAYES; NURSE CHERYL MCMAHAN; and
NURSE ASHLEY TURNER                                              DEFENDANTS

**ORDER**

Now on this 4th day of September 2013, there comes on for consideration the report and recommendation filed herein on August 9, 2013 (doc. 60), by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. No objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 40) is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)