```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

MARCUS WAYNE FIELDS                                        PLAINTIFF

v.                          Case No. 11-2189

RANDALL REED, Bailiff, Sebastian
County Sheriff's Office; DR. WILLIAM
HAYES; NURSE CHERYL MCMAHAN; and
NURSE ASHLEY TURNER                                        DEFENDANTS

## ORDER

Now on this 22nd day of September 2014, there comes on for consideration the report and recommendation filed herein on July 15, 2014 (doc. 80), by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's objections (doc. 81) to the report and recommendation were filed.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion for Summary Judgment (doc. 40) is GRANTED.  Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**